PROB 12A
(6/2013)



# United States District Court
## for the
## Eastern District at London

JAN 10 2019

# Report on Offender Under Supervision

Name of Offender:   Gregory Hoskins          Case Number:   6:15-CR-18-GFVT

Name of Sentencing Judicial Officer:   The Honorable Gregory F. Van Tatenhove, U.S. District Judge

Date of Original Sentence:   April 25, 2016

Original Offense:   False Statements Relating to Health Care Matter

Original Sentence:   Three years probation

Type of Supervision:   Probation          Date Supervision Commenced:   April 25, 2016

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance
         1               The defendant is due to expire from supervision on April 24, 2019 and the restitution
                         is not paid in full.

U.S. Probation Officer Action:

This officer believes that Gregory Hoskins has paid towards the restitution to the best of his ability while on supervision. Since December 26, 2018, the defendant has paid $4,000.00 toward the obligation(s). There is a remaining balance of $5,527.51. Based on this information, this officer recommends that the defendant's supervision be allowed to expire on the scheduled date of April 24, 2019.

Respectfully submitted,

Matthew D. Armstrong
U.S. Probation Officer
Date: 1/9/2019

---

☑ Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

January 9, 2019
Page 2

RE:    Hoskins, Gregory
       Dkt. # 6:15-CR-18-GFVT
       Report on Offender Under Supervision

_____
Signature of Judicial Officer

_____1-9-2019_____
Date